IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., <br>     Plaintiff, <br><br> Vs. <br><br> CITY AND COUNTY OF ERIE, et. al., <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 04-297 Erie <br> ) <br> ) <br> ) |

**O R D E R**

    AND NOW, to with, this 16th day of December, 2005, upon consideration of the Plaintiff's Objections to the Report and Recommendation (Document No. 23)

    IT IS HEREBY ORDERED that the Defendants' file a Response to these Objections on or before December 30, 2005.


    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge


cc: all parties of record