IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM,<br>         Plaintiff<br>    v.<br>CITY AND COUNTY OF ERIE, et al.<br>         Defendants | C.A. No. 04-297Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

**O R D E R**

AND NOW, this 17th day of March, 2006;

IT IS HEREBY ORDERED that the Clerk of Courts is directed to amend the caption of this case. The caption should read as follows:

> WARREN DURHAM, JR.
>     vs.
> CITY OF ERIE, PENNSYLVANIA,
> COUNTY OF ERIE, PENNSYLVANIA,
> CHRISTOPHER MCELYNN,
> BRUCE TACKETT,
> JAMES D. WASHBURN,
> PATRICK DURKIN, and
> JUDGE FRED P. ANTHONY.

After the caption is amended, the Clerk should terminate Defendants County of Erie, Pennsylvania and Christopher McElynn as they have been dismissed from this action pursuant to Judge McLaughlin's order dated March 16, 2006.

                                            S/ Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE