Clerk of the Court
United States District Court
17 South Park Row
Erie, Pa. 16501

FILED    27 March 2006

'06 MAR 30 A10:50

In re: Durham v. City and County of Erie, et al.
C.A. No. 04-297 ERIE

Dear Clerk:

I motioned the Court over a year ago for a change of address which mailings has been consistent with the Cleveland, OH address. However, once in a while mail from the Court is never-the-less being sent to the Erie, Pa. Address which is no longer my mail box address. Please use the following address for all mail from the District Court:



Mr. Warren Durham, Jr.
12119 Matherson Ave.
Cleveland, OH 44135

Sincerely,

*Warren Durham Jr.*
WARREN DURHAM JR.