

Mr. Warren Durbin Jr.
12119 Matherson Ave
Cleveland, OH 44135



Clerk of the Court
United States District Court
17 South Park Row
Erie, PA. 16501

**RECEIVED**

MAR 30 2006

CLERK U.S. ... RT
WEST. DIST. OF ... A



U.S. POSTAGE PAID
CLEVELAND, OH
44135
MAR 28, 06
0098379-09
16501

AMOUNT
$0.63