IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM JR., )<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>CITY AND COUNTY OF ERIE, et. al., )<br>    Defendants. ) | Civil Action No. 04-297 Erie |

**O R D E R**

    AND NOW, this 31st day of March, 2006, after consideration the Motion Requesting Interlocutory Appeal filed by the Plaintiff,

    IT IS HEREBY ORDERED that said motion be and is hereby DENIED.


    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record