Mr. Warren Durham, Jr
12110 Matherson Ave
Cleveland, OH 44135

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501

RECEIVED

APR - 7 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA





U.S. POSTAGE PAID
CLEVELAND, OH
44135
APR 05, 06
AMOUNT
$0.63
00062427-08