UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.　　　　　　　　　　　　　　　　　IN REPLYING, GIVE NUMBER
CLERK OF COURT　　　　　　　　　　　　　　　　　　　OF CASE AND NAMES OF PARTIES
814-464-9600

DATE: April 7, 2006

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

　　　　　　　　　　IN RE: Durham v. City and County of Erie, et al
　　　　　　　　　　WESTERN DIST. OF PA NO. 04-297 E
　　　　　　　　　　U.S.C.A. NO.

Dear Ms. Waldron:

　　Enclosed please find:

　　_　　　　One certified copy of the docket entries to be filed as the
　　　　　　Certified List in Lieu of the Record.

　　X　　　　Actual Record with one certified copy and one uncertified copy
　　　　　　of the docket entries.

　　_　　　　One certified copy of the docket entries to be filed as the
　　　　　　Certified List in Lieu of the _ Supplemental Record.

　　_　　　　Actual _ Supplemental Record with one certified copy and one
　　　　　　uncertified copy of the docket entries.

　　Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　ROBERT V. BARTH, JR.
　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By: _/s/ Debra L. Mayo_
　　　　　　　　　　　　　　　Debra L. Mayo
　　　　　　　　　　　　　　　Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE 4-12-06