FPS-261                                                                                          DATE: April 24, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-2253

Durham v. Erie

To:     Clerk

1)      Motion by Appellant for leave to appeal in forma pauperis

_____
        The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: April 26, 2006
DMM/cc: Mr. Warren Durham, Jr.
         Tracey D. Bowes, Esq.
         Mark E. Mioduszewski, Esq.
         Kemal A. Mericli, Esq.
         Edmond R. Joyal Jr., Esq.