## U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

### NOTICE TO TAKE DEPOSITION

TO:  Warren Durham, Jr.
    12119 Matherson Avenue
    Cleveland, OH  44135

You are hereby notified that on Monday, May 8, 2006, at 10:00 a.m. at Knox McLaughlin Gornall & Sennett, P.C., 120 West 10th Street, Erie, Pennsylvania 16501, counsel for the Defendants will take your deposition upon oral examination in accordance with the provisions of FRCP 30. Such deposition will be recorded by before a stenographic reporter duly authorized by law to administer oaths. The deposition shall continue day to day until completed or adjourned. The deposition will be used for discovery purposes and may be introduced as evidence in trail of the above action.

LAW OFFICE OF JOSEPH S. WEIMER

BY: _____
Edmond R. Joyal, Jr., Esquire
Pa. I.D. #65907
Attorney for Defendants, City of Erie
and James Washburn and Patrick Durkin
975 Two Chatham Center
Pittsburgh, PA 15219
(412) 338-3184

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE TO TAKE DEPOSITION has been served by First Class Mail, postage pre-paid, upon the following parties on this 1st day of May, 2006.

Warren Durham, Jr.
12119 Matherson Avenue
Cleveland, OH  44135
*(Pro Se Plaintiff)*

Mark E. Mioduszewski
Knox, McLaughlin, Gornall & Sennett
120 West Tenth Street
Erie, PA  16501
*(Counsel for Defendant, City of Erie)*

Kemal Alexander Mericli
Office of the Attorney General
Civil Litigation Section
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA  15219
*(Counsel for Defendant, Bruce Tackett)*

A. Taylor Williams, Esquire
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102
*(Counsel for Defendant, Judge Fred P. Anthony)*

LAW OFFICE OF JOSEPH S. WEIMER

BY: _____
Edmond R. Joyal, Jr., Esquire
Pa. I.D. #65907
Attorney for Defendants, City of
Erie, Officers James Washburn
and Patrick Durkin
975 Two Chatham Center
Pittsburgh, PA  15219
(412) 338-3184