IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM, | ) | |
|     Plaintiff | ) | |
|        v. | ) | C.A. No. 04-297Erie |
| | ) | District Judge McLaughlin |
| CITY OF ERIE, et al. | ) | Magistrate Judge Baxter |
|     Defendants | ) | |

**O R D E R**

AND NOW, this 15th day of May, 2006;

IT IS HEREBY ORDERED that no further faxes will be accepted from any party. Plaintiff is directed to file any documents by sending them to the Clerk of Courts. Any documents not filed with the Clerk of Courts will not be considered by this Court.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE