

Mr. Warren Durham, Jr
1211 E Matherson Ave
Cleveland, OH 44135

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501



RECEIVED

MAY 17 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



U.S. POSTAGE
PAID
CLEVELAND, OH
44135
MAY 15, '06
AMOUNT
$0.87
0009837917
16501