U.S. DISTRICT COURT FOR WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.:  04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of May, 2006, upon consideration of the within Motion to Compel Plaintiff to Attend Deposition, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Plaintiff, Warren Durham, Jr. is to present himself to Erie, Pennsylvania on June 8, 2006 for the taking of his Deposition.

BY THE COURT:

_____J.
Honorable Susan Paradise Baxter
Chief U.S. Magistrate Judge