# U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

## MOTION TO COMPEL PLAINTIFF TO ATTEND DEPOSITION

AND NOW come the Defendants, James Washburn and Patrick Durkin, by and through their counsel, Law Office of Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and move this Honorable Court to order Plaintiff, Warren Durham, Jr. to appear for his deposition in Erie, Pennsylvania, on June 8, 2006.

As grounds for this Motion, these Defendants state that Plaintiff has filed a Motion for Reconsideration of the Court's Ruling on the Motion for Sanctions and the scheduling of the deposition prior to May 30, 2006, was unable to be arranged.

WHEREFORE, the Defendants James Washburn and Patrick Durkin respectfully request this Honorable Court enter an Order Compelling the Plaintiff, Warren Durham, Jr. to appear in Erie, Pennsylvania on June 8, 2006 for the taking of his deposition.

LAW OFFICE OF JOSEPH S. WEIMER

BY: *s/ Edmond R. Joyal, Jr.*
    Edmond R. Joyal, Jr., Esquire
    Pa. I.D. #65907
    Attorney for Defendants, City of Erie
    and James Washburn and Patrick Durkin
    975 Two Chatham Center
    Pittsburgh, PA  15219
    (412) 338-3184

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO COMPEL PLAINTIFF TO ATTEND DEPOSITION has been served by First Class Mail, postage pre-paid, upon the following parties on this 30th day of May, 2006.

| | |
|---|---|
| Warren Durham, Jr.<br>12119 Matherson Avenue<br>Cleveland, OH  44135<br>*(Pro Se Plaintiff)* | A. Taylor Williams, Esquire<br>Administrative Office of Pennsylvania Courts<br>1515 Market Street, Suite 1414<br>Philadelphia, PA  19102<br>*(Counsel for Defendant, Judge Fred P. Anthony)* |
| Kemal Alexander Mericli<br>Office of the Attorney General<br>Civil Litigation Section<br>564 Forbes Avenue<br>6th Floor, Manor Complex<br>Pittsburgh, PA  15219<br>*(Counsel for Defendant, Bruce Tackett)* | |

LAW OFFICE OF JOSEPH S. WEIMER

BY: *s/ Edmond R. Joyal, Jr.*
     Edmond R. Joyal, Jr., Esquire
     Pa. I.D. #65907
     Attorney for Defendants, City of
     Erie, Officers James Washburn
     and Patrick Durkin
     975 Two Chatham Center
     Pittsburgh, PA  15219
     (412) 338-3184