IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 04-297 Erie |
| ) | |
| CITY AND COUNTY OF ERIE, et al, ) | |
|     Defendants. ) | |

## **ORDER**

AND NOW, this 30th Day of May, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Status Conference and Hearing on the Motion to Compel (Doc. #51) before the Honorable Susan Paradise Baxter, on June 5, 2006 at 11:00 a.m., via conference call. Plaintiff is to advise defense counsel, Edmond R. Joyal, Jr., Esq., [(412) 338-3184] of the telephone number at which he can be reached. Defense counsel is to contact the parties and place the conference call on the above date and time to telephone number (814) 464-9632. Plaintiff's failure to appear telephonically for this hearing will result in the dismissal of this action for failure to prosecute.

                                                            s/Susan Paradise Baxter
                                                            SUSAN PARADISE BAXTER
                                                             Chief U.S. Magistrate Judge

c:  Warren Durham (reg. & cert. mail)