IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Warren Durham, Jr. )
)
)
Plaintiff )
vs. ) No. CA 04-297 Erie
City & County of Erie, et al )
)
)
Defendants )

HEARING ON  June 5, 2006  Motion to Compel (Doc. 51)

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Warren Durham, Jr., pro se                Edmond R. Joyal, Jr., Esq. ✓
                                          Kemal Alexander Mericli, Esq.

Appear for Plaintiff                      Appear for Defendant

Hearing Begun  11:10 a.m.                 Hearing Adjourned to

Hearing concluded C.A.V.  11:25           Stenographer
                                          CD:       Index:

WITNESSES
For Plaintiff                             For Defendant

(Doc. 49) Motion for Reconsideration is granted + upon reconsideration motion for sanctions granted (again) — May take up to 6 months to pay

Motion to Compel (Doc. 51) is granted insofar as π's deposition will be taken by the end of June 2006, and denied in all other respects.