## U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

### DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

AND NOW come the Defendants, James Washburn and Patrick Durkin, by and through their counsel, Law Office of Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and move this Honorable Court to extend the time for defendants to file their Motion for Summary Judgment until July 13, 2006.

As grounds for this Motion, these Defendants state that Plaintiff was deposed on June 19, 2006. In order to prepare the motion and brief the defendant needs the transcript of the deposition.

Counsel for these Defendants has been told that the transcript will be available during the week of June 26, 2006.

Counsel for these Defendants will be on vacation during that week and respectfully requests this Court to extend time for preparation of this motion to accommodate this previously scheduled vacation.

WHEREFORE, the Defendants James Washburn and Patrick Durkin respectfully request this Honorable Court enter an Order extending the time for the submission of the Motion of these Defendants for Summary Judgment to July 13, 2006.

                                        LAW OFFICE OF JOSEPH S. WEIMER

                              BY: *s/ Edmond R. Joyal, Jr.*
                                        Edmond R. Joyal, Jr., Esquire
                                        Pa. I.D. #65907
                                        Attorney for Defendants, City of Erie
                                        and James Washburn and Patrick Durkin
                                        975 Two Chatham Center
                                        Pittsburgh, PA  15219
                                        (412) 338-3184

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT has been served by First Class Mail, postage pre-paid, upon the following parties on this 21st day of June, 2006.

| | |
|---|---|
| Warren Durham, Jr.<br>12119 Matherson Avenue<br>Cleveland, OH 44135<br>*(Pro Se Plaintiff)* | A. Taylor Williams, Esquire<br>Administrative Office of Pennsylvania Courts<br>1515 Market Street, Suite 1414<br>Philadelphia, PA 19102<br>*(Counsel for Defendant, Judge Fred P. Anthony)* |
| Kemal Alexander Mericli<br>Office of the Attorney General<br>Civil Litigation Section<br>564 Forbes Avenue<br>6th Floor, Manor Complex<br>Pittsburgh, PA 15219<br>*(Counsel for Defendant, Bruce Tackett)* | |

LAW OFFICE OF JOSEPH S. WEIMER

BY: *s/ Edmond R. Joyal, Jr.*
    Edmond R. Joyal, Jr., Esquire
    Pa. I.D. #65907
    Attorney for Defendants, City of Erie, Officers James Washburn and Patrick Durkin
    975 Two Chatham Center
    Pittsburgh, PA 15219
    (412) 338-3184