**U.S. DISTRICT COURT FOR WESTERN DISTRICT
OF PENNSYLVANIA**

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.:  04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

## <u>ORDER OF COURT</u>

AND NOW, this _____ day of June, 2006, upon consideration of the within Motion to Extend Time to file Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Defendants are to file their Motion for Summary Judgment on or before July 13, 2006..

BY THE COURT:


_____J.

Honorable Susan Paradise Baxter
Chief U.S. Magistrate Judge