## U.S. DISTRICT COURT FOR WESTERN DISTRICT
## OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

### PRETRIAL NARRATIVE

AND NOW come the Defendants, James Washburn and Patrick Durkin, by and through their counsel, Law Office of Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and files the following Pretrial Narrative.

### I.  FACTUAL SUMMARY

The case was brought on behalf of the Plaintiff, Warren Durham, Jr., pro se, alleging that his civil rights were violated as the result of the investigation of a sexual assault.  Mr. Durham was arrested by the city of Erie police after a female reported a rape and gave a description of a man who was the alleged perpetrator. In addition, to the description, which Mr. Durham admits was his at the time, she gave police a vehicle license number, a location at which the vehicle might be found and the description of a handgun allegedly used during the assault.

The police broadcast all of the information over its radio system.  The vehicle was located and the license plate was an Ohio registration. This vehicle was registered to plaintiff, Warren Durham, Jr.  The police went to the scene where the vehicle was and a male fitting the description of Mr. Durham was seen on the porch of a residence.  It was determined that the residence was owned by Donald Durham, the brother of the plaintiff, Warren Durham, Jr.

The alleged victim was brought to the scene by police and she positively identified Warren Durham, Jr. as her assailant. Mr. Durham was arrested and various search warrants were obtained by police, including warrants for the taking of DNA samples from Durham as well as search warrants for the vehicle and the home.

These warrants were issued by a district magistrate and were served on the defendant as well as on the residence. The residence was searched by police after obtaining the warrants and an inventory was taken of items seized. The warrant on the home was served at a time when the owner was not present and the police made entry after announcing their presence on more than one occasion.

Mr. Durham was tried and convicted. During the trial, DNA evidence was submitted which found that there was a one in five and a half billion chance that the sample did not match the plaintiff in this case. During the trial, Durham was identified by the victim as was the gun found in the home. He was convicted and sentence to prison.

He appealed his conviction to the federal courts alleging constitutional violations during the course of the trial. A new trial was ordered by the court and he was subsequently found not guilty.

Mr. Durham has filed many suits in this Court against various persons associated with the trial. This Court has dismissed allegations against many of the other defendants. Only these Defendants and Bruce Tackett remain as defendants in this case at this time.

## II.  UNUSUAL LEGAL ISSUES

There are no unusual legal issues.

## III.  DAMAGES

None.

## IV.  WITNESSES

1. Warren Durham, Jr.

2. James Washburn

3. Patrick Durkin

4. Officer D. Dilullo, Erie Police

5. Officer E. Spagle, Erie Police

6. Officer J. Nolan, Erie Police

7. Officer B. Snyder, Erie Police

8. Defendant reserves the right to call as witnesses any and all persons listed on the pretrial statement of Plaintiff.

## V. EXHIBITS

1. Police reports.

2. Transcript of preliminary hearing.

3. Plaintiff's responses to defendant's discovery requests.

4. Transcript of original trial proceedings.

5. Any documents identified in plaintiff's pretrial narrative

## VI. RESERVATION OF RIGHT

Defendants reserve the right to supplement their Pre-Trial Narrative.

**LAW OFFICE OF JOSEPH S. WEIMER**

BY: */s/Edmond R. Joyal, Jr.*
Edmond R. Joyal, Jr., Esquire
Pa. I.D. #65907
Attorney for Defendants, James
Washburn and Patrick Durkin
975 Two Chatham Center
Pittsburgh, PA 15219
(412) 338-3098

## CERTIFICATE OF SERVICE

I, Edmond R. Joyal, Jr., Esquire hereby certify that a true and correct copy of the foregoing Pretrial Narrative has been served by First Class Mail, postage pre-paid, upon the following parties on this 22<u>nd</u> day of June, 2006.

Warren Durham, Jr.
12119 Matherson Avenue
Cleveland, OH 44135
*(Pro Se Plaintiff)*

A. Taylor Williams, Esquire
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
*(Counsel for Defendant, Judge Fred P. Anthony)*

Kemal Alexander Mericli
Office of the Attorney General
Civil Litigation Section
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219
*(Counsel for Defendant, Bruce Tackett)*

**LAW OFFICE OF JOSEPH S. WEIMER**

BY: */s/Edmond R. Joyal, Jr.*
　　　Edmond R. Joyal, Jr., Esquire
　　　Pa. I.D. #65907
　　　Attorney for Defendants, James
　　　Washburn and Patrick Durkin
　　　975 Two Chatham Center
　　　Pittsburgh, PA 15219
　　　(412) 338-3098