IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DURHAM, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-297 Erie |
| | ) |
| CITY AND COUNTY OF ERIE, et al., | ) |
| | ) **Electronically Filed** |
| Defendants. | ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

AND NOW, comes the defendant, Bruce Tackett, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, who respectfully submits the following:

1. Just like the defendants in this action who are represented by Mr. Joyal, Mr. Tackett is also dependent upon a transcript of the plaintiff's deposition for a full presentation of the motion for summary judgment he plans to file on his own behalf. Those defendants represented by Mr. Joyal have successfully sought an extension of time to file a motion for summary judgment for this reason.

2. Consequently, Mr. Tackett requests a similar extension of time until July 13, 2006 in which to file his motion for summary judgment in this case.

WHEREFORE, it is respectfully requested that Bruce Tackett be granted an extension.

                                     Respectfully submitted,

                                     **THOMAS W. CORBETT, JR.**
                                     **Attorney General**

                       By:    s/Kemal Alexander Mericli
                             Kemal Alexander Mericli
                             Senior Deputy Attorney General
                             Attorney I.D. No. 27703

                             Susan J. Forney
                             Chief Deputy Attorney General
                             Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  June 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Defendant's Motion for Extension of Time was served upon the following via electronic/first-class mail on June 23, 2006.

Warren Durham, Jr.
12119 Matherson Avenue
Cleveland, OH   44135

Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA   15219

Mark E. Mioduszewski, Esquire
Tracey D. Bowes, Esquire
120 West Tenth Street
Erie, PA   16501-1461

                                                s/Kemal Alexander Mericli
                                                Kemal Alexander Mericli
                                                Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date: June 23, 2006