IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DURHAM, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-297 Erie |
| | ) |
| CITY AND COUNTY OF ERIE, et al., | ) |
| | ) **Electronically Filed** |
| Defendants. | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2006, upon consideration of the within motion for extension of time, it is hereby **ORDERED** that the motion is **GRANTED** and defendant Bruce Tackett has until July 13, 2006 to file his motion for summary Judgment.

By the Court:

_____
                                                        J.