IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DURHAM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-297 Erie |
| ) | |
| CITY AND COUNTY OF ERIE, et al., ) | |
| ) | **Electronically Filed** |
| Defendants. ) | |

## DEFENDANT TACKETT'S MOTION FOR SUMMARY JUDGMENT

Defendant Tackett, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, move, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order entering summary judgment in his favor as a matter of law.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:    s/Kemal Alexander Mericli
Kemal Alexander Mericli
Senior Deputy Attorney General
Attorney I.D. No. 27703

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  July 11, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Defendant Tackett's Motion for Summary Judgment was served upon the following via electronic/first-class mail on July 11, 2006.

Warren Durham, Jr.
12119 Matherson Avenue
Cleveland, OH   44135

Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA   15219

Mark E. Mioduszewski, Esquire
Tracey D. Bowes, Esquire
120 West Tenth Street
Erie, PA   16501-1461

                                              s/Kemal Alexander Mericli
                                              Kemal Alexander Mericli
                                              Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date: July 11, 2006