## U.S. DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 04-297E |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Summary Judgment filed by Defendants, City of Erie, James Washburn and Patrick Durkin, it is hereby ORDERED that said Motion is GRANTED. Plaintiffs' Complaint is dismissed with prejudice.

_____J.