TO LAW ENFORCEMENT OFFICER: WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person (described on the reverse side), and to seize, secure, inventory, and make return according to the Pennsylvania Rules of Criminal Procedure, the items described on the reverse side.

☒ This Warrant should be served as soon as practicable but in no event later than 2:40 ☐ A.M. ☒ P.M. on 1/25, 19 96, and shall be served only during daytime hours of 6 A.M. to 10 P.M.

☐ This Warrant should be served as soon as practicable but in no event later than _____ ☐ A.M. ☐ P.M. on _____, 19 ___, and may be served anytime during day or night.

Issued under my hand this 23rd day of January, 19 96, at 2:10 P.M. o'clock (issue time must be stated)

Issued under my hand this ___ day of _____, 19 ___ at _____ M. o'clock (issue time must be stated)

(SEAL) Joseph R. [illegible]
(Signature of Issuing Authority)

Mag. Dist. No. _____ Office Address: 1001 East 11th, Erie, PA    Phone No. _____

Title of Issuing Authority: District Justice



# Commonwealth of Pennsylvania
COUNTY OF ___Erie___ ss: **SEARCH WARRANT AND AFFIDAVIT**

| | |
|---|---|
| Det. James D. Washburn  626 State St.  Erie PA  814 870-1150 | WARRANT CONTROL No **J 15086** |
| (Name of Affiant) (Police Department or address of private Affiant) (Phone No.) | DATE OF APPLICATION **1/23/96** |
| being duly sworn (or affirmed) before me according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at particular premises or in the possession of particular person as described below. | INVENTORY No **G 24712** |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (be as specific as possible):
A black handgun

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSONS TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
The residence and curtilage of 2304 French St. which is a green two and a half story with white trim with a block porch

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
The Church of Mt. Zion c/o Donald Durham

**VIOLATION OF** (Describe conduct or specify statute):
Rape 3121 2; Simple Assault 2701 a3; Reckless Endangerment 2705; Unlawful Restraint 2902 2; Involuntary Deviate Sexual Intercourse 3123 22; Indecent Assault 3126 a1; Aggravated Indecent Assault 3125 a

**DATE OF VIOLATION:** 1/23/96

**PROBABLE CAUSE BELIEF IS BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES:**
During the course of investigating a Rape which occurred 1/23/96 the description of a car and the rape suspect were given out to all cars. Car 102 Officer Petterman and Neble spotted the car in the 2300 block of French St. The victim described the house as being green in color and that the Husband's used to reside there. After checking the computer the address of 2304 French was confirmed. A check of the residence produced a Warren Durham Jr. who the victim positively identified as the man who had held the gun on her and had assaulted her.
In searching the residence listed we needed to look for the gun as Warren Durham Jr. had been located in the house. This search warrant is necessary to search and seize any handgun fitting the description. I believe this information to be true and correct.

ATTACH ADDITIONAL PAPER (5) COPIES IF NECESSARY.   ☐ CHECK HERE IF ADDITIONAL PAPER IS USED.

**RESULT OF SEARCH**

| DATE AND TIME OF SEARCH | ARREST | JUDGE'S DISPOSITION | | |
|---|---|---|---|---|
| 1-23-96  14:23  ☒ P.M. | ☐ YES ☒ NO | ☐ DISC. ☐ HELD FOR COURT | ☐ FURTHER HEARING | ☐ FINED OR COMMITTED |

PROPERTY SEIZED (If "yes" list inventory on separate form, R2008 and enter control number(s) here __G 24712__)
☒ YES ☐ NO

GIVE BRIEF NARRATIVE OF WHAT HAPPENED

| SIGNATURE OF PERSON SEIZING PROPERTY | BADGE NO. | OTHER OFFICERS PARTICIPATING IN SEARCH: |
|---|---|---|
| /s/ Det James D Washburn | 176 | DiLullo, J.Nolan, P.Durkin, E.Spagel |
| /s/ Det James D Washburn  626 State St. Erie PA | | 176  CID |
| Signature of Affiant  Address of Private Affiant | | Badge No.  District/Unit |

Sworn to and subscribed before me this __23__ day of __January__ 19__96__. Office __460 East 26th__
/s/ Joseph R. Veshecco   (SEAL) Mag. Dist. No. __06-1-04__  Address __Erie, PA 16504__
Signature of Issuing Authority

AOPC 410-80

TO LAW ENFORCEMENT OFFICER: WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person (described on the reverse side), and to seize, secure, inventory, and make return according to the Pennsylvania Rules of Criminal Procedure, the items described on the reverse side.

[X] This Warrant should be served as soon as practicable but in no event later than 2:07 [ ] A.M. [X] P.M. 1/25, 1996 and shall be served only during daytime hours of 6 A.M. to 10 P.M.

[ ] This Warrant should be served as soon as practicable but in no event later than ____ [ ] A.M. [ ] P.M. ____, 19__ and may be served anytime during day or night.

Issued under my hand this 23rd day of January, 1996, at 3:07 P.M. o'clock. (Issue time must be stated)

Issued under my hand this ____ day of ____, 19__, at ____ M. o'clock. (Issue time must be stated)

(SEAL) Joseph M. Kupniewski (Signature of Issuing Authority)

Mag. Dist. No. ____ Office Address 4410 East 26th Erie, PA   Phone No. 451-6522
Date Commission Expires 1-3-2006   Title of Issuing Authority District Justice