A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVI

**Commonwealth of Pennsylvania**
COUNTY OF ERIE } SS.
**RECEIPT/INVENTORY** OF SEIZED PROPERTY FROM

DATE OF SEARCH: 01/25/96
TIME OF SEARCH: 1320 ☒ P.M.
INVENTORY CONTROL NO.: G 24711
SEARCH WARRANT NO.: J 15065

(Name) 1982 OLDSMOBILE ROYALE OHIO REG WQT-579 (Address)

The following property was taken/seized and a copy of this Receipt/Inventory with a copy of the Search Warrant and affidavit(s) was ☐ personally served on the above named ☒ was left at (describe location at premises) IN CAR - BASEMENT SNY H____ as required by the Pennsylvania Rules of Criminal Procedure 2008(a)(b).

| LINE | QUANTITY | ITEM DESCRIPTION | MAKE, MODEL, SERIAL No., COLOR, etc. |
|---|---|---|---|
| 1 | 3 | SMALL PIECES OF LINT | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

☐ CHECK HERE IF LISTING CONTINUED ON REVERSE SIDE

I/we DET BEN L PRESTON of EPD do hereby state that this inventory is to the best of our/my knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt/Inventory subject to the penalties and provisions of 18 Pa. C.S. §4904(b) — Unsworn Falsification to Authorities.

Ben L Preston    BEN L PRESTON    EPD    DET. #96
(Signature of Person Issuing Receipt/Inventory) (Printed Name of Person Issuing Receipt/Inventory) (Affiliation) (Badge No. or Title)

SIGNATURE OF WITNESS TO VERIFY ACCURACY OF INVENTORY IN ABSENCE OF OWNER/OCCUPANT OF PREMISES (Rule 2009(a))

(Signature of Witness) (Printed name of witness) (Address of Witness) (Affiliation of Witness) (Badge No. or Title)

Ben L Preston    BEN L PRESTON    EPD    DETECTIVE
(Signature of Person Making Search) (Printed Name of Person Making Search) (Police Department/Unit/Affiliation) (Badge No. or Title)

EXHIBIT D

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVI

**Commonwealth of Pennsylvania**
COUNTY OF __ERIE__ ss.
**RECEIPT/INVENTORY**
OF SEIZED PROPERTY FROM

DATE OF SEARCH: 1-23-96
TIME OF SEARCH: 14:23 [X] P.M.
INVENTORY CONTROL NO.: G 24712
SEARCH WARRANT NO.: [illegible]

(Name) DONALD DURHAM    (Address) 2304 FRENCH

The following property was taken/seized and a copy of this Receipt/Inventory with a copy of the Search Warrant and affidavit(s) was [ ] personally served on the above named [X] was left at (describe location at premises) 2304 FRENCH as required by the Pennsylvania Rules of Criminal Procedure 2008(a)(b).

| ITEM | QUANTITY | ITEM DESCRIPTION | MAKE, MODEL, SERIAL No., COLOR, etc. |
|---|---|---|---|
| 1 | 1 | US REVOLVER COMPANY | BLACK 5 SHOT UNKNOWN MODEL SER# 62797 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

[ ] CHECK HERE IF LISTING CONTINUED ON REVERSE SIDE

I/we _Det James D. Washburn_ of _ERIE POLICE_ do hereby state that this inventory is to the best of our/my knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt/Inventory subject to the penalties and provisions of 18 Pa. C.S. §4904(b) — Unsworn Falsification to Authorities.

_Det James D. Washburn_ / DET JAMES D. WASHBURN / DETECTIVE / 176
(Signature of Person Issuing Receipt/Inventory) (Printed Name of Person Issuing Receipt/Inventory) (Affiliation) (Badge No. or Title)

SIGNATURE OF WITNESS TO VERIFY ACCURACY OF INVENTORY IN ABSENCE OF OWNER/OCCUPANT OF PREMISES. (Rule 2009(a))
_[signature]_ / PTLM PATRICK DURKIN / ERIE POLICE DEPT / 255 / PTLM
(Signature of Witness) (Printed Name of Witness) (Address of Witness) (Affiliation of Witness) (Badge No. or Title)

_Det James D. Washburn_ / JAMES D. WASHBURN / ERIE POLICE / 176 / DET
(Signature of Person Making Search) (Printed Name of Person Making Search) (Police Department/Unit/Affiliation) (Badge No. or Title)

AOPC 409-80    ISSUING AUTHORITY

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

**Commonwealth of Pennsylvania**
COUNTY OF ERIE ss:

**RECEIPT/INVENTORY**
OF SEIZED PROPERTY FROM

DATE OF SEARCH: 1-23-96
TIME OF SEARCH: 16:30 ☒ P.M.
INVENTORY CONTROL NO.: G 24713
SEARCH WARRANT NO.: J15058

(Name) ERIE COUNTY PRISON (Address)

The following property was taken/seized and a copy of this Receipt/Inventory with a copy of the Search Warrant and affidavit(s) was ☒ personally served on the above named ☐ was left at (describe location at premises) SERVED ON CPL ROEHM _____ as required by the Pennsylvania Rules of Criminal Procedure 2008(a)(b).

| LINE | QUANTITY | ITEM DESCRIPTION | MAKE, MODEL, SERIAL No., COLOR, etc. |
|---|---|---|---|
| 1 | 1 | ST JOHN BAY BLUE COAT | |
| 2 | 1 | BLACK BRAIDED BELT | |
| 3 | 1 | PAIR BLACK SPORT ABOUT JEANS | |
| 4 | 1 | BLUE & BEIGE SWEATER | |
| 5 | 1 | PAIR BOOTS | |
| 6 | 1 | PAIR WHITE SOCKS (GREEN LETTERING) | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

☐ CHECK HERE IF LISTING CONTINUED ON REVERSE SIDE

I/we _____ of _____ do hereby state that this inventory is to the best of our/my knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt/Inventory subject to the penalties and provisions of 18 Pa. C.S. §4904(b) — Unsworn Falsification to Authorities.

[signature] / JAMES D. WASHBURN / ERIE POLICE / 176 DETECTIVE
(Signature of Person Issuing Receipt/Inventory) (Printed Name of Person Issuing Receipt/Inventory) (Affiliation) (Badge No. or Title)

SIGNATURE OF WITNESS TO VERIFY ACCURACY OF INVENTORY IN ABSENCE OF OWNER/OCCUPANT OF PREMISES. (Rule 2009(a))

(Signature of Witness) (Print name of witness) (Address of Witness) (Affiliation of Witness) (Badge No. or Title)

[signature] / JAMES D. WASHBURN / ERIE POLICE / 176 DETECTIVE
(Signature of Person Making Search) (Printed Name of Person Making Search) (Police Department/Unit/Affiliation) (Badge No. or Title)

AOPC 409-80     ISSUING AUTHORITY

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAV

**Commonwealth of Pennsylvania**
COUNTY OF ERIE }ss:

## RECEIPT/INVENTORY
OF SEIZED PROPERTY FROM

DATE OF SEARCH: 1-24-96
TIME OF SEARCH: 13:45 P.M.
INVENTORY CONTROL NO.: G 24714
SEARCH WARRANT NO.: [illegible]

Name: Warren Durham Jr.   Address: lka 2304 French St.

The following property was taken/seized and a copy of this Receipt/Inventory with a copy of the Search Warrant and affidavit(s) was [X] personally served on the above named [ ] was left at (describe location at premises) _____ as required by the Pennsylvania Rules of Criminal Procedure 2008(a)(b).

| LINE | QUANTITY | ITEM DESCRIPTION | MAKE, MODEL, SERIAL No., COLOR, etc. |
|---|---|---|---|
| 1 | 2 | Vials | of Warren Durham Jr. blood |
| 2 | 1 | Saliva sample | of Warren Durham Jr. xxxxx |
| 3 | | Samples of plucked pubic hairs | of Warren Durham Jr. |
| 4 | | Samples of plucked head hairs | of Warren Durham Jr. |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

[ ] CHECK HERE IF LISTING CONTINUED ON REVERSE SIDE

I/we Det. James D. Washburn of Erie Bureau of Police do hereby state that this Inventory is to the best of our/my knowledge and belief a true and correct listing of all items seized and that I/we sign this Receipt/Inventory subject to the penalties and provisions of 18 Pa. C.S. §4904(b) — Unsworn Falsification to Authorities.

*[Signature]* Det. James D. Washburn   Detective EPD   176
(Signature of Person Issuing Receipt/Inventory) (Printed Name of Person Issuing Receipt/Inventory) (Affiliation) (Badge No. or Title)

SIGNATURE OF WITNESS TO VERIFY ACCURACY OF INVENTORY IN ABSENCE OF OWNER/OCCUPANT OF PREMISES. (Rule 2009(a))

_____ _____ _____ _____
(Signature of Witness) (Printed name of witness) (Address of Witness) (Affiliation of Witness) (Badge No. or Title)

*[Signature]* Det. James D. Washburn   Detective EPD   176
(Signature of Person Making Search) (Printed Name of Person Making Search) (Police Department/Unit/Affiliation) (Badge No. or Title)

AOPC 409-80   ISSUING AUTHORITY

WAIVER FORM

DATE 2-22-96

I, WARREN DURHAM JR, HAVING BEEN INFORMED OF MY CONSTITUTIONAL RIGHT NOT TO HAVE A SEARCH MADE OF MY PERSON AND/OR BODY HEREINAFTER MENTIONED WITHOUT A SEARCH WARRANT AND OF MY RIGHT TO REFUSE TO CONSENT TO SUCH A SEARCH, HEREBY AUTHORIZE DET. JAMES D WASHBURN, AND _____, MEMBERS OF THE ERIE POLICE DEPARTMENT, TO CONDUCT A COMPLETE SEARCH OF MY PERSON AND/OR BODY INCLUDING, BUT NOT LIMITED TO, BLOOD, HAIR, AND SEMEN SAMPLES, LOCATED AT ERIE COUNTY PRISON AND TAKEN BY ROBERTA GUSKY RN (HEAD NURSE). THESE POLICE OFFICERS ARE AUTHORIZED BY ME TO TAKE FROM MY PERSON AND/OR BODY ANY LETTERS, PAPERS, MATERIALS OR OTHER PHYSICAL EVIDENCE WHICH THEY MAY DESIRE.

THIS WRITTEN PERMISSION IS BEING GIVEN BY ME TO THE ABOVE MENTIONED POLICE OFFICERS VOLUNTARILY AND WITHOUT THREATS OR PROMISES OF ANY KIND.

SIGNED: Warren Durham Jr.

WITNESSES:
Det. James D. Washburn
_____

FRI-02-06