# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM JR., | ) | C.A. No. 04-297 ERIE |
| Plaintiff | ) | |
| V. | ) | District Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| CITY AND COUNTY OF ERIE, | ) | |
| ET AL.            Defendants. | ) | |

## MOTION REQUESTING EXTENSION OF TIME

The Plaintiff hereby move the Court for an extension of time within which to file his response to Defendants Tackett, City of Erie, Washburn and Durkin's Motion for Summary Judgment. The Plaintiff states the following in support of this Motion:

1. The Defendants motion for summary judgment raises complex issues and legal theories that require additional time to properly respond.

2. The Plaintiff is experiencing side effects from his prescribed medications. (Exhibit A) An appointment to see his Psychiatrist is necessary to calm the situation.

3. The Plaintiff believes that he will require an additional 60-days to be treated for his condition so that he may properly respond.

4. The Plaintiff will seek an Attorney to handle this case if he cannot fully prosecute said case within the period of time he is requesting for an extension of time.

WHEREFORE, the Plaintiff respectfully request this Honorable Court to enter an order granting him until September 28, 2006, to file his response.

Respectfully submitted,

*Warren Durham Jr.*

WARREN DURHAM JR.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN DURHAM JR., | ) | C.A. No. 04-297 ERIE |
| Plaintiff | ) | |
| V. | ) | District Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| CITY AND COUNTY OF ERIE, | ) | |
| ET AL.                    Defendants. | | |

### CERTIFICATE OF SERVICE

I, Warren Durham Jr., hereby certify that I am this day serving a true and correct copy of

the foregoing "Motion Requesting Extension of Time" upon the persons named below by FIRST

CLASS MAIL, postage prepaid, to:

Mark E. Mioduszewski,Esq.
Tracey D. Bowes
120 West Tenth Street
Erie, Pa. 16501

Edmond R. Joyal,Esq.
975 Two Chatham Center
Pittsburgh, Pa. 15219

Kemal Alexander Mericli,Esq.
564 Forbes Avenue
Pittsburgh, Pa. 15219

WARREN DURHAM JR.
12119 MATHERSON AVE.
CLEVELAND, OH. 44135

DATED: 7/23/06