Additional Warning Labels:
34N: Herbal/dietary supplement products may interact with this medication. Discuss any such product with your doctor or pharmacist before taking.

"A"

DURHAM, WARREN JR   Rx#: 6360564   TRAZODONE HCL 50MG TAB

**TRAZODONE - ORAL:** (TRAZZ-oh-doan)

**USES:** This medication is used to treat depression. It may take 2 to 3 weeks before the full effects of this medication are noticed.

**HOW TO USE:** May be taken with food to prevent stomach upset. Take this as prescribed. Try to take each dose at the same time(s) each day so you remember to routinely take it. Do not stop taking this medication without your doctor's approval. Nausea, headache or fatigue can occur if the drug is suddenly stopped.

**SIDE EFFECTS:** This drug may cause drowsiness, dizziness, blurred vision, loss of appetite, dry mouth, strange taste in mouth, anxiety, restlessness or sweating. If these effects persist or worsen, notify your doctor promptly. Notify your doctor promptly if you develop: chest pain, rapid heart rate, shortness of breath, difficulty urinating, blood in the urine, nightmares, uncoordinated movements. Tell your doctor immediately if any of these unlikely but serious side effects occur: black stools, "coffee ground" vomit, easy bruising/bleeding. Males - if you experience painful and prolonged erections, stop using this drug and seek immediate medical attention. In the unlikely event you have an allergic reaction to this drug, seek immediate medical attention. Symptoms of an allergic reaction include: rash, itching, swelling, severe dizziness, trouble breathing. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS:** Tell your doctor your medical history, especially if you have: heart disease, liver disease, kidney disease, blood pressure problems, any allergies (including nefazodone). Use caution performing tasks requiring alertness such as driving or using machinery. To avoid dizziness and lightheadedness when rising from a seated or lying position, get up slowly. Alcoholic beverages can add to the drowsiness caused by this drug. Limit alcohol intake. Though uncommon, depression itself can lead to thoughts or attempts of suicide. Tell your doctor immediately if you have any suicidal thoughts, or other mental/mood changes. Keep all medical appointments so your doctor can monitor your progress closely. Elderly patients may be more sensitive to the effects of trazodone. Use cautiously. Trazodone should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor. Trazodone is excreted into breast milk. Though to date, no problems have been reported to nursing infants, consult your doctor before breast-feeding.

**DRUG INTERACTIONS:** Tell your doctor of any over-the-counter or prescription drugs you are taking, especially: digoxin, phenytoin or other anti-seizure drugs, antihistamines, medicine for allergies or colds, sedatives, tranquilizers, barbiturates (e.g., phenobarbital), narcotic pain relievers, drugs which affect certain liver enzymes (CYP 3A4 substrates, inhibitors, and inducers such as azole antifungals, macrolide antibiotics, cimetidine, rifamycins, St John's wort, certain anti-seizure medications), other drugs which can cause bleeding/bruising (e.g., thrombolytic drugs such as TPA, anticoagulants such as heparin or warfarin, antiplatelet drugs including NSAIDs such as ibuprofen), other medicine for depression (e.g., SSRIs such as fluoxetine), sleeping aids, drugs for high blood pressure, ginkgo. Low-dose aspirin (usually 81-325 mg per day) for heart attack or stroke prevention should be continued unless your doctor instructs you otherwise. Aspirin is similar to NSAID drugs, and can increase the risk of bleeding in combination with this medication (see above). Discuss the risks and benefits with your doctor. Before you have surgery with a general anesthetic, including dental surgery, tell the doctor or dentist you are taking trazodone. Do not start or stop any medicine without doctor or pharmacist approval.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1-800-222-1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include slow, rapid or irregular pulse; unusual drowsiness or dizziness; vomiting; weakness; loss of consciousness; and seizures.

**NOTES:** Do not share this medication with others.

**MISSED DOSE:** If you miss a dose, take it as soon as remembered unless it is within 4 hours of the next dose. In that case, skip the missed dose and resume your usual dosing schedule. Do not "double-up" the dose to catch up.

Additional Warning Labels:
73N: Patients regularly taking NSAIDs (e.g. ibuprofen) and this drug may be at a greater risk for stomach bleeding and should consult their physician.
126N: Consult your doctor or pharmacist before breastfeeding.
13N: It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor.
94N: Herbal/dietary supplement products may interact with this medication. Discuss any such product with your doctor or pharmacist before taking.


"B"

DURHAM,WARREN JR  Rx#: 6360566   VENLAFAXINE HCL 37.5MG SA CAP

**VENLAFAXINE SUSTAINED-RELEASE - ORAL:** (ven-luh-FAX-een)

**USES:** This medication is an antidepressant (serotonin-norepinephrine reuptake inhibitor type) used in the treatment of depression and anxiety disorders (Generalized Anxiety Disorder, Social Anxiety Disorder) in adults. It works by restoring the balance of natural chemicals (neurotransmitters) in the brain, thereby improving mood and feelings of well-being. Venlafaxine should not be used in children and teenagers due to lack of proven effectiveness in treating depression and anxiety disorders in children. Also, there have been reports of hostility and thoughts of suicide or self-harm occurring in some children using the drug.

**HOW TO USE:** Take this medication by mouth once a day, exactly as prescribed. Take this medication with food. Swallow the medication whole. Do not crush, break, chew, or place the capsule in water. If you have difficulty swallowing this medication whole, the capsule may be opened and the contents sprinkled onto a spoonful of applesauce and taken as directed. Swallow the mixture immediately. Do not chew the food/medication mixture. Follow each dose with a glass of water to wash the medication down. During the first few days your doctor may gradually increase your dose to allow your body to adjust to the medication. Do not take the medication more often or increase your dose without consulting your doctor. Your condition will not improve any faster but the risk of serious side effects will be increased if you do not follow the directions. Do not stop taking this drug suddenly without your doctor's approval. Your dose may need to be gradually reduced to prevent adverse effects.

**SIDE EFFECTS:** This medication may initially cause dizziness and nausea as your body adjusts to the medication. Other side effects reported include trouble sleeping, nervousness, sweating, loss of appetite, dry mouth, tremor, blurred vision, constipation, drowsiness, change in sexual ability, or anxiety. If any of these effects persist or worsen, notify your doctor promptly. Notify your doctor immediately if you develop any of these serious effects: rapid or irregular heartbeat, chest pain, severe headache, painful or difficult urination, muscle cramping, unusual or severe mental/mood changes, seizures. Tell your doctor immediately if any of these unlikely but serious side effects occur: black stools, "coffee ground" vomit, easy bruising/bleeding. An allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include: rash, itching, swelling, dizziness, trouble breathing. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS:** Tell your doctor your medical history, especially of: kidney disease, liver disease, heart disease, high blood pressure, high cholesterol, seizures, glaucoma, any allergies. This drug may make you dizzy or drowsy and may affect judgment, thinking, or your physical reactions; use caution engaging in activities requiring alertness such as driving or using machinery. Avoid alcoholic beverages. Though uncommon, depression can lead to thoughts or attempts of suicide. Tell your doctor immediately if you have any suicidal thoughts, worsening depression, or any other mental/mood changes (including new or worsening anxiety, agitation, panic attacks, trouble sleeping, irritability, hostile/angry feelings, impulsive actions, severe restlessness, rapid speech). Keep all medical appointments so your healthcare professional can monitor your progress closely and adjust/change your medication if needed. Elderly persons may be more sensitive to the effects of this medication. Use with caution. This medication should be used only if clearly needed during pregnancy. Discuss the risks and benefits with your doctor. If this medication is used during the last 3 months of pregnancy, infrequently your newborn may develop symptoms including feeding or breathing difficulties, seizures, muscle stiffness, jitteriness, or constant crying. However, do not stop taking this medication unless your doctor directs you to do so. Report any such symptoms to your doctor promptly. It is not known if this medication appears in breast milk. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:** This drug should not be used with the following medications because very serious interactions may

occur: MAO inhibitors (e.g., tranylcypromine, phenelzine, isocarboxazid, selegiline, linezolid, furazolidone). If you are currently using or have recently stopped taking an MAO inhibitor within the last 14 days, tell your doctor or pharmacist before starting venlafaxine. Before using this medication, tell your doctor or pharmacist of any prescription and nonprescription products you may use, especially of: cimetidine, other drugs which can cause bleeding/bruising (e.g., thrombolytic drugs such as TPA, anticoagulants such as heparin or warfarin, antiplatelet drugs including NSAIDs such as ibuprofen), other drugs that increase serotonin effects (e.g., lithium, triptans such as sumatriptan, SSRI antidepressants such as fluoxetine), sedatives, narcotic pain relievers (e.g., codeine, morphine), seizure medication, medicine for weight control. Low-dose aspirin (usually 81-325 mg per day) for heart attack or stroke prevention should be continued unless your doctor instructs you otherwise. Aspirin is similar to NSAID drugs, and can increase the risk of bleeding in combination with this medication (see above). Discuss the risks and benefits with your doctor. Do not start or stop any medicine without doctor or pharmacist approval.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1-800-222-1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include sleepiness, irregular heartbeat, and seizures.

**NOTES:** Laboratory and/or medical tests (e.g., blood pressure monitoring) may be done periodically while taking this medication to monitor the effects. See your doctor regularly. Do not share this medication with others.

**MISSED DOSE:** Try to take each dose at the scheduled time. If you miss a dose, take it as soon as remembered; do not take it if it is near the time for the next dose, instead, skip the missed dose and resume your usual dosing schedule. Do not "double-up" the dose to catch up.