Warren Durham Jr.
12119 Matherson Ave.
Cleveland, OH. 44135

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501







U.S. POSTAGE
PAID
CLEVELAND, OH
44135
JUL 24, 06
AMOUNT
$0.09
00062427-08

RECEIVED

JUL 27 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

