Warren Durham Jr.
12119 Matherson Ave
Cleveland, OH. 44135

Clerk of the Court
United States District Court
17 South Park Row
Erie, PA. 16501



U.S. POSTAGE PAID
CLEVELAND, OH
44135
AUG 25, '06
0009379-17
16501
AMOUNT $2.79

RECEIVED

AUG 28 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA