|  | OFFICE OF THE CLERK |  |
|---|---|---|
| **MARCIA M. WALDRON** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |
|  | 21400 UNITED STATES COURTHOUSE |  |
|  | 601 MARKET STREET |  |
|  | PHILADELPHIA 19106-1790 |  |

___Erie___ Clerk of District Court        Date___10/13/06___
(District)

___Durham v. Erie___                       C. of A. No. ___06-2253___
(Caption)

___Warren Durham___
(Appellant)

___04-cv-00297___                          **RECEIVED**
(D.C. No.)

Enclosures:                                OCT 19 2006

___10/13/06___ Certified copy of C. of A. Order by the CLERK, U.S. DISTRICT COURT
(Date)                                     WEST. DIST. OF PENNSYLVANIA

*___XXXX___ Record

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

___XXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

                            ___Dana Moore___    (267)-299-___4927___
                            Deputy Clerk        Telephone Number

                         * ___Keith Lombardo___ (267)-299-___4912___
                            Record Processor    Telephone Number

Receipt Acknowledge:
                            October 16, 2006
_____
(Name)
_____
(Date)
Rev. 3/13/00
Appeals (Record)