WARREN DURHAM JR.
2117 McPherson Ave.
Cleveland OH. 44135





Thinking of You!

Clerk of the United
States District Court
17 South Park Row
Erie, PA. 16501

RECEIVED

FEB 12 2007

CLERK U.S. DISTRICT COURT
DIST. OF PENNSYLV[ANIA]



 $0.87


U.S. POSTAGE
PAID
CLEVELAND, OH
44135
FEB 08, '07