U.S. DISTRICT COURT FOR WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 1:04-cv-00297 |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

**MOTION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S OBJECTIONS**

AND NOW come the Defendants, James Washburn and Patrick Durkin, by and through their counsel, Law Office of Joseph S. Weimer and Edmond R. Joyal, Jr., Esquire, and move this Honorable Court to extend the time for them to respond to Plaintiff's Objections to the Report and Recommendations filed by Magistrate Judge Baxter until March 9, 2007.

As grounds for this Motion, these Defendants state that counsel for the defendants has a schedule of depositions of experts who will testify in a trial scheduled in Allegheny County on March 14, 2007, and will be out of his office daily until March 6, 2007. It will be very difficult for counsel to adequately prepare this response unless the extension is granted.

WHEREFORE, the Defendants James Washburn and Patrick Durkin respectfully request this Honorable Court enter an Order extending the time for them to Respond to Plaintiff's Objections to March 9, 2007.

                LAW OFFICE OF JOSEPH S. WEIMER

                BY: *s/ Edmond R. Joyal, Jr.*
                     Edmond R. Joyal, Jr., Esquire
                     Pa. I.D. #65907
                     Attorney for Defendants, City of Erie
                     and James Washburn and Patrick Durkin
                     975 Two Chatham Center
                     Pittsburgh, PA  15219
                     (412) 338-3184

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTFF'S OBJECTIONS has been served by via CM/ECF Electronic filing and/or First Class Mail, postage pre-paid, upon the following parties on this 19th day of February, 2007.

| | |
|---|---|
| Warren Durham, Jr.<br>12119 Matherson Avenue<br>Cleveland, OH  44135<br>*(Pro Se Plaintiff)* | A. Taylor Williams, Esquire<br>Administrative Office of Pennsylvania Courts<br>1515 Market Street, Suite 1414<br>Philadelphia, PA  19102<br>*(Counsel for Defendant, Judge Fred P. Anthony)* |
| Kemal Alexander Mericli<br>Office of the Attorney General<br>Civil Litigation Section<br>564 Forbes Avenue<br>6th Floor, Manor Complex<br>Pittsburgh, PA  15219<br>*(Counsel for Defendant, Bruce Tackett)* | |

LAW OFFICE OF JOSEPH S. WEIMER

BY: *s/ Edmond R. Joyal, Jr.*
    Edmond R. Joyal, Jr., Esquire
    Pa. I.D. #65907
    Attorney for Defendants, City of
    Erie, Officers James Washburn
    and Patrick Durkin
    975 Two Chatham Center
    Pittsburgh, PA  15219
    (412) 338-3184