**U.S. DISTRICT COURT FOR WESTERN DISTRICT
OF PENNSYLVANIA**

| | |
|---|---|
| WARREN DURHAM, JR., | CIVIL ACTION |
| Plaintiff, | No.: 1:04-cv-00297 |
| -vs- | Judge Sean J. McLaughlin/Magistrate Judge Susan Paradise Baxter |
| CITY OF ERIE, PENNSYLVANIA, COUNTY OF ERIE, PENNSYLVANIA, CHRISTOPHER McELYNN, BRUCE TACKETT, JAMES WASHBURN, PATRICK DURKIN, and FRED P. ANTHONY, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this _____ day of February, 2007, upon consideration of the within Motion to Extend Time for Defendants to Respond to Plaintiff's Objections, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Defendants are to file their Response to Plaintiff's Objections on March 9, 2007.

              BY THE COURT:

              _____J.
              Honorable Susan Paradise Baxter
              Chief U.S. Magistrate Judge