WARREN DURHAM JR.
12119 MATHERSON AVE.
CLEVELAND OH. 44135

FIRST CLASS MAIL

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501

RECEIVED

MAR 22 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENN...



