Murray Durham Jr.
12119 McPherSon Ave.
Cleveland, Oh. 44135

Clerk of the Court
U.S. District Court
17 South Park Row
Erie, PA. 16501

UNITED STATES
POSTAL SERVICE

AMOUNT
$0.63

U.S. POSTAGE
PAID
CLEVELAND, OH
44135
APR 04. 07
0008 7226-20
16501

RECEIVED

APR - 6 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA