IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN DURHAM, JR.,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | ) Civil Action No. 04-297 Erie<br>) |
| CHRISTOPHER MCELYNN, et al.,<br>    Defendants. | )<br>)<br>) |

**O R D E R**

AND NOW, this 11th day of April, 2007, the Plaintiff having filed a Motion to Proceed in Forma Pauperis (Document No. 82)

IT IS HEREBY ORDERED that the said Motion is GRANTED

      S/Sean J. McLaughlin
      Sean J. McLaughlin
      United States District Judge

cc: all parties of record