UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-1857
_____

WARREN DURHAM, JR.
Appellant

v.

CHRISTOPHER MCELYNN, Individually in his capacity as
Assistant District Attorney; BRUCE TACKETT, Individually in
his capacity as Forensic Scientist; JAMES D. WASHBURN,
Individually in his capacity as Police Officer; PATRICK
DURKIN, Individually in his capacity as Police Officer;
FRED P. ANTHONY, In his capacity as Judge; CITY OF ERIE,
Pennsylvania; COUNTY OF ERIE, Pennsylvania

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00297)
District Judge: Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
October 17, 2007
Before: SLOVITER, BARRY and WEIS, Circuit Judges

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States

District Court for the Western District of Pennsylvania and was submitted pursuant to

Third Circuit LAR 34.1(a).  On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the

District Court entered March 15, 2007, be and the same is hereby affirmed.  Costs taxed against the Appellant.  All of the above in accordance with the opinion of this Court.

        ATTEST:

        <u>/s/ Marcia M. Waldron</u>
        Clerk

DATED: October 19, 2007